IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **CARLOS EDWARDS,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:11cv00062 |
| v. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) By:  Michael F. Urbanski |
| **Commissioner of Social Security,** | )        United States District Judge |
| | ) |
| Defendant. | ) |

### ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on March 26, 2012 recommending that the Commissioner's motion for summary judgment be denied, that the plaintiff's motion for summary judgment be granted, that the Commissioner's decision be reversed and that this case be remanded to the Commissioner for purposes of calculating payment of benefits.  No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.  It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Docket #12) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket #18) is **DENIED**, and that this case is **REVERSED** and **REMANDED** to the Commissioner for purposes of calculating payment of benefits.  As such, final judgment is entered in plaintiff's favor and this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

                                            Entered:  September 17, 2012

                                            */s/ Michael F. Urbanski*

                                            Michael F. Urbanski
                                            United States District Judge